# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

BARBARA BERG, individually and on behalf
of all others similarly situated,

    Plaintiff,

CASE NO. 1:19-cv-22396-KMW

v.

STERLING JEWELERS, INC. d/b/a KAY
JEWELERS, a Delaware corporation,

    Defendant.

_____/

**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT STERLING JEWELERS, INC. D/B/A KAY JEWELERS AND E-MAIL DESIGNATION**

    Charles E. Stoecker, Esq. and Peter J. Maskow, Esq. of the law firm of McGlinchey Stafford files this Notice of Appearance as counsel on behalf of Defendant, STERLING JEWELERS, INC. d/b/a KAY JEWELERS, and respectfully requests that copies of all future pleadings and communications shall be directed to the undersigned at the contact information below.

    Notice is also hereby given, in compliance with Rule 2.516(b)(1), Florida Rules of Judicial Administration, of the primary e-mail address and secondary e-mail address for counsel of Defendant in this action as follows:

**Primary E-Mail Addresses:**    **cstoecker@mcglinchey.com**
    **pmaskow@mcglinchey.com**
**Secondary E-Mail Addresses:**    **rwalters@mcglinchey.com**
    **dtironi@mcglinchey.com**

    Respectfully submitted,

    */s/ Charles E. Stoecker*
CHARLES E. STOECKER, ESQ.

1

Florida Bar No.: 92560
PETER J. MASKOW, ESQ.
Florida Bar No.: 91541
MCGLINCHEY STAFFORD
One Broward Blvd., Suite 1400
Fort Lauderdale, FL  33301
Telephone: (954) 356-2514
Facsimile: (954) 333-3847
Primary E-mail: cstoecker@mcglinchey.com
pmaskow@mcglinchey.com
Secondary Email: rwalters@mcglinchey.com
dtironi@mcglinchey.com
**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24th , 2019, a copy of the above foregoing was filed electronically with the Clerk of Court using the CM/ECF system and has been forwarded to all counsel by operation of the Court's electronic filing system to the following:

**Via CM/ECF**

Rubin Conitzer, Esq.
rconitzer@careyrodriguez.com
David P. Milian
dmilian@careyrodriguez.com
Carey Rodriguez Milian Gonya LLP
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Tel: (305) 372-7474
Fax: (305) 372-7476
*Attorneys for Plaintiff*

                                                           */s/ Charles E. Stoecker*
                                                                  Attorney