UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:19-cv-22396-KMW

BARBARA BERG,
individually and on behalf of all,
others similarly situated,
    Plaintiff,
v.
STERLING JEWELERS INC. d/b/a
KAY JEWELERS, a Delaware corporation,
    Defendant.

_____

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Without Defendant waiving any jurisdictional arguments or rights, pursuant to Fed.R.Civ.P. 41(a)(1) and in accordance with the terms of the Settlement Agreement and Release between the Parties, all claims expressly or implicitly asserted in this matter by Plaintiff against Defendant are dismissed ***with prejudice***.  Each party shall bear their own costs.

    Respectfully submitted,

| | |
|---|---|
| **HIRALDO P.A.** | **McGLINCHEY STAFFORD** |
| 401 E. Las Olas Boulevard, Suite 1400 | |
| Ft. Lauderdale, Florida 33301 |   */s/ Peter J. Maskow* |
| | Charles E. Stoecker, Esq. |
| */s/ Manuel S. Hiraldo* | Florida Bar No.: 92560 |
| Manuel S. Hiraldo | Peter J. Maskow, Esq. |
| Florida Bar No. 030380 | Florida Bar No.: 91541 |
| Hiraldo, PA | One Broward Blvd., Suite 1400 |
| 401 E. Las Olas Blvd, Suite 1400 | Fort Lauderdale, FL  33301 |
| Fort Lauderdale, FL 33301 | Telephone: (954) 356-2514 |
| Email: mhiraldo@hiraldolaw.com | Facsimile: (954) 333-3847 |
| Telephone: 954.400.4713 | cstoecker@mcglinchey.com |
| | pmaskow@mcglinchey.com |
| ***Counsel for Plaintiff*** | rwalters@mcglinchey.com |
| | dtironi@mcglinchey.com |
| | |
| | AND |
| | |
| | Richik Sarkar, Esq. |
| | Ohio Bar No. 0069993 |
| | ***(Admitted pro hac vice)*** |

        3401 Tuttle Road
        Cleveland, OH 44122-4640
        Tel: (216) 378-4994
        Fax: (216) 378-9910
        rsarkar@mcglinchey.com
        awolas@mcglinchey.com

*Counsel for Defendant,*
*Sterling Jewelers Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2019, a copy of the above foregoing was filed electronically with the Clerk of Court using the CM/ECF system and has been forwarded to all counsel by operation of the Court's electronic filing system to the following:

**Via CM/ECF**

Manuel S. Hiraldo, Esq.
Hiraldo, PA
401 E. Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Tel: (954) 400-4713
mhiraldo@hiraldolaw.com
*Attorney for Plaintiff*

        /s/ Peter J. Maskow
        Attorney